**No. 40463.**—Petition 5756–R of Pall Mall Lace & Embroidery Works, Inc. (New York).

Opinion by Sullivan, J.   Being satisfied from the evidence of the entire good faith of the petitioner and that there was no intention to defraud the revenue the court granted the petition.

**No. 40464.**—Petitions 5722–R, etc., of Western Commercial Co., Inc. (New York).

Opinion by Sullivan, J.   It appeared that the discrepancy between the price paid and the invoice value was accounted for by the fact that the shipper's transactions were based upon gold dollars.   The court was satisfied from the record that the petitioner acted in entire good faith and without intention to defraud the revenue.   The petitions were therefore granted.

**No. 40465.**—Protests 951481–G, etc., of Alliance Distributors, Inc., et al. (New York).

Opinion by First Division.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the Second Division, January 18, 1939

**No. 40466.**—Protests 767251–G, etc., of Alfred Kohlberg, Inc. (New York).

Opinion by Tilson, J.   This is in correction of an error as to invoices and entries covered by the earlier decision.

Before the Third Division, January 18, 1939

**No. 40467.**—Protest 960906–G of Jordan Marsh Co. (Boston).

Opinion by Keefe, J.   In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

**No. 40468.**—Protests 940083–G/11196, etc., of Aganox Co. (New Orleans).

Opinion by Keefe, J.   It was stipulated that the merchandise is the same as that covered by Abstract 39170.   The claim as waste at 10 percent under paragraph 1555 was therefore sustained.